UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CHARLES N. WATSON, JR., | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil No. CV-04-205 |
| | ) |
| TRANS UNION CREDIT BUREAU, | ) |
| ET AL | ) |
| | ) |
| Defendant | ) |

## ORDER DISMISSING COMPLAINT

On July 11, 2005, this Court entered its Order (Docket Item No. 65) requiring that Plaintiff file an Amended Complaint herein that complies with the requirements of Docket Item No. 58 on or before July 25, 2005.  Plaintiff has now filed a Motion to Amend Complaint (Docket Item No. 66) with a proposed Amended Complaint attached thereto.  The Court has reviewed the proposed Amended Complaint and **FINDS** that it fails to comply with the requirements imposed by Docket Item No. 58; namely, Amended Complaint:

> That is clearly organized, cogently focused, understandable in its precise meaning in its precise meaning, and which clearly and specifically sets out the allegations that Plaintiff seeks to add to the Amended Complaint in a new, comprehensive draft of the entire Complaint which sets out the Plaintiff's intended claims separately from each other in a comprehensible, organized manner and which, in the event it attempts to allege malice or fraud, shall set out the specific facts claimed to support the existence or inference of either.

Order (Docket Item No. 58).

The Court gave notice to the Plaintiff that in default of such compliance the Court would "dismiss the remaining claims asserted in the Complaint." Order (Docket Item No. 65).

Accordingly, the Complaint herein is hereby **DISMISSED**, Judgment thereon to enter for the Defendants.

**SO ORDERED.**

/s/Gene Carter
GENE CARTER
Senior U.S. District Court Judge

Dated at Portland, Maine this 22nd day of August, 2005.